|  |  |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>DARLENE C. VIGIL, BAR NO. 223442<br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP<br>20955 PATHFINDER ROAD, SUITE 300<br>DIAMOND BAR, CA 91765<br>P. (626) 915-5714<br>F. (972) 661-7726<br>cdcaecf@BDFGroup.com<br>**FILE NO. 1989243**<br><br>☒ *Attorney for Movant(s)*<br>☐ *Movant(s) appearing without attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 13 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY ygreen    DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br>ANDRES SANCHEZ,<br>GLENNA SANCHEZ,<br>aka GLENNA CAUSKY,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:10-bk-38709-CB<br>CHAPTER: 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br>DATE: November 9, 2010<br>TIME:  10:00 a.m.<br>COURTROOM: 303, Third Floor<br>PLACE: U.S. Bankruptcy Court<br>           3420 Twelfth Street<br>           Riverside, California |

**MOVANT:  WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB, ITS SUCCESSORS AND/OR ASSIGNS**

1. The Motion was:    ☐ Opposed        ☒ Unopposed        ☐ Settled by stipulation

2. The Motion affects the following real property ("Property"):

    *Street Address:*         **10919 Bramante Drive**
    *Unit Number:*
    *City, State, Zip Code:*  **Las Vegas, Nevada 89141-4290**

    Legal description or document recording number (including county of recording): Document No. 20071016-0002082 recorded in the Clark County Recorder's Office, State of Nevada.
    ☒ See attached page.

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit ____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. Movant shall not conduct a foreclosure sale before the following date (specify): _____

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.
   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.
    b. ☒ The 14-day stay provided by FRBP 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (attach Optional Form F 4001-10-ER).
    d. ☐ See attached continuation page for additional provisions.

DATED: December 13, 2010                         _____
                                                 United States Bankruptcy Judge

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                          Page 2                          F 4001-1.ORDER.RP

## PROPERTY ADDRESS

10919 BRAMANTE DRIVE
LAS VEGAS, NEVADA 89141-4290

## LEGAL DESCRIPTION

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF CLARK, STATE OF NEVADA, DESCRIBED AS FOLLOWS:

LOT 39 OF LA STRADA UNIT 2, AT SOUTHERN HIGHLANDS AS SHOWN BY MAP THEREOF ON FILE IN BOOK 100, OF PLATS, PAGE 26, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK, STATE OF NEVADA.

APN: 177-31-314-008.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                              Page 3                                              **F 4001-1.ORDER.RP**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 20955 Pathfinder Road, Suite 300, Diamond Bar, California 91765.

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 08, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge:** Hon. Catherine E. Bauer/Intake, U.S. Bankruptcy Court, 3420 Twelfth Street, Riverside, CA 92501-3819
**Debtors:** Andres Sanchez, Glenna Sanchez, 44635 Kornell Street, Temecula, CA 92592
**Debtors:** Andres Sanchez, Glenna Sanchez, 10919 Bramante Drive, Las Vegas, NV 89141-4290
**Attorney for Debtors:** C. Scott Rudibaugh, 901 South State Street, Suite 100, Hemet, CA 92543
**Chapter 7 Trustee:** Helen R. Frazer, Atkinson, Andelson, Loya, Ruud, 12800 Center Court Drive, Suite 300, Cerritos, CA 90703
**Party in Interest:** Southern Highlands Homeowners Association, Attn. Managing or Servicing Agent, 1411 Southern Highlands Parkway, Suite 120, First Floor, Las Vegas, NV 89141
**Party in Interest:** Thorobred Management, Attn. Managing or Servicing Agent, P. O. Box 96806, Las Vegas, NV 89193-3806

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 08, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**United States Trustee:** ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 08, 2010 | DARLENE C. VIGIL | /s/ Darlene C.Vigil |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                  Page 4                                                  **F 4001-1.ORDER.RP**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** was entered on the date indicated as  Entered  on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**    Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 08, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Attorney for Debtors:** C. Scott Rudigaugh: ealamillo@linkline.com
**Chapter 7 Trustee:** Helen R. Frazer: hfrazer@aalrr.com, mbuenaventura@aalrr.com, hfrazer@ecf.epiqsystems.com
**United States Trustee:** ustpregion16.rs.ecf@usdoj.gov
**Attorney for Movant:** Darlene C. Vigil: cdcaecf@BDFGroup.com
**Courtesy NEF:** Ramesh Singh: claims@recoverycorp.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtors:** Andres Sanchez, Glenna Sanchez, 44635 Kornell Street, Temecula, CA 92592

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an   Entered   stamp, the party lodging the judgment or order will serve a complete copy bearing an   Entered   stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**Debtors:** Andres Sanchez, Glenna Sanchez, 10919 Bramante Drive, Las Vegas, NV 89141-4290
**Party in Interest:** Southern Highlands Homeowners Association, Attn. Managing or Servicing Agent, 1411 Southern Highlands Parkway, Suite 120, First Floor, Las Vegas, NV 89141
**Party in Interest:** Thorobred Management, Attn. Managing or Servicing Agent, P. O. Box 96806, Las Vegas, NV 89193-3806

☐ Service information continued on attached page

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 5    **F 4001-1.ORDER.RP**